

**Arnold B. Calmann**
**973.645.4828**
**abc@saiber.com**

November 8, 2024

**VIA ELECTRONIC FILING**
The Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & United States Courthouse
402 East State Street
Trenton, New Jersey 08608

> **Re:**   *Salix Pharmaceuticals, Inc., et al. v. Norwich Pharmaceuticals, Inc., et al.*
> **Civil Action No. 3:24-07140-RK-TJB**

Dear Judge Bongiovanni:

We, along with Axinn, Veltrop & Harkrider LLP, represent Defendants Norwich Pharmaceuticals, Inc. ("Norwich"), Alvogen PB Research & Development LLC ("Alvogen PB"), and Alvogen, Inc. ("Alvogen") (collectively, "Defendants") in the above matter.

We write to respectfully request an extension of the deadline to file the motion to seal Plaintiffs Salix Pharmaceuticals, Inc., Salix Pharmaceuticals, Ltd., and Bausch Health Ireland, Ltd.'s (collectively, "Salix") First Amended Complaint ("FAC") (ECF No. 26). We are authorized to inform Your Honor that Salix consents to and does not oppose this extension.

Pursuant to L. Civ. R. 5.3(c)(2)(ii), the motion to seal Salix's FAC is due on November 8. However, in light of the fact that the FAC was filed under seal and contains confidential information from Norwich's Abbreviated New Drug Application, Defendants will likely need to file their anticipated Motion to Dismiss the FAC under seal. In order to promote judicial economy and avoid multiple motions to seal, we respectfully submit that it would be most efficient to extend the time for filing the motion to seal until three weeks after the close of briefing for Defendants' Motion to Dismiss.  An additional three weeks after the close of briefing is necessary to afford the parties time to review and analyze the documents, consult with their respective clients, and meet and confer, if necessary.

Accordingly, we respectfully request Your Honor's permission to file a single, consolidated motion to seal that will encompass the FAC and filings and responses related thereto. If the proposed extension for the motion to seal meets with Your Honor's approval, we respectfully request that Your Honor "So Order" this letter and have it filed with the Clerk of the Court.

Saiber LLC • 18 Columbia Turnpike, Suite 200 • Florham Park, New Jersey • 07932-2266 • Tel 973.622.3333 • Fax 973.622.3349 • www.saiber.com
Florham Park  •  Newark  •  New York  •  Philadelphia

Honorable Tonianne J. Bongiovanni, U.S.M.J.
November 8, 2024
Page 2


        We thank the Court for its consideration and assistance in this matter.  Naturally, if the Court has any questions, we would be pleased to respond to the same at the Court's convenience.


                                          Respectfully submitted,


                                          Arnold B. Calmann


cc:   Counsel of record (by CM/ECF and electronic mail)


It is on this 12th day of November, 2024
SO ORDERED.

s/Tonianne J. Bongiovanni
Hon. Tonianne J. Bongiovanni, U.S.M.J.